IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DIAGEO NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 25-cv-05654-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES OF DOCUMENTS** |

On July 15, 2025, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, plaintiff Jacqueline Jackson is hereby DIRECTED to submit forthwith courtesy copies of the Complaint, filed July 4, 2025, as well as the declaration attached thereto. Additionally, as required by the Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

**IT IS SO ORDERED.**

Dated: July 16, 2025

MAXINE M. CHESNEY
United States District Judge