IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DIAGEO NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 25-cv-05654-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO TRANSFER OR STAY PROCEEDINGS** |

Before the Court is defendant Diageo North America, Inc.'s "Motion to Transfer, or in the Alternative, to Stay Proceedings," filed August 28, 2025. Plaintiff Jacqueline Jackson has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for October 3, 2025.

**IT IS SO ORDERED.**

Dated: September 29, 2025

                                          MAXINE M. CHESNEY
                                          United States District Judge